# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DARRELL HURT,

        Plaintiff,

v.

THOMAS BIRKETT, R. HUGHES LUCYNSKI,     CASE NO. 07-12503
WATSON, GRABOWSKI, JOHN DOE 1-6,           HON. MARIANNE O. BATTANI
JANE DOE, BUTCH, NOBLE, SHARP,
K. PETERS, C. MILLER, BAILEY, and
LOCKWOOD,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation (Doc. No. 69) filed on July 22, 2008, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Plaintiff's Complaint against the Defendants still remaining in this suit (Lucynski, Noble, Dr. Butch, John Does 1-6 and Jane Does 1-6) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

DATED: August 18, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt<br>
DEPUTY CLERK